# Court of Appeals
# of the State of Georgia

ATLANTA,  October 03, 2023

*The Court of Appeals hereby passes the following order:*

**A24A0334. PAUL MURRAY v. THE STATE.**

In 2006, Paul Murray pled guilty to three counts of child molestation. In 2021, Murray filed a motion challenging his convictions. On July 12, 2023, the trial court issued an order dismissing the motion. This Court denied Murray's application for discretionary review of the trial court order. Case No. A24D0024 (Aug. 23, 2023). Murray also filed this direct appeal of the trial court order. However, our denial of Murray's discretionary application was a decision on the merits, and the doctrine of res judicata bars any subsequent appeals from the same trial court order. See *Northwest Social & Civic Club v. Franklin*, 276 Ga. 859, 860 (583 SE2d 858) (2003); *Hook v. Bergen*, 286 Ga. App. 258, 260-261 (1) (649 SE2d 313) (2007). Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  10/03/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , Clerk.